IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Sonic Services, Inc.,          :
                 Petitioner    :
                            :
        v.                 :       No. 1698 C.D. 2018
                            :
Pennsylvania Gaming Control Board,   :
              Respondent   :

## O R D E R

NOW, November 25, 2019, upon consideration of Petitioner's application for reargument, and Respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge
